# JAMES M. BAKER
## ATTORNEY

---

325 Broadway
Suite 203
New York, N.Y. 10007

February 4, 2022

Via ECF

Hon. Debra C. Freeman
U.S. Magistrate Judge
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

          Re:   Ricardo Gutierrez v. Kijakazi
                21 Civ. 3211 (JPO) (DCF)

Dear Judge Freeman:

    I have just agreed to represent Mr. Gutierrez in this adult SSI disability case. I filed my notice of appearance earlier today.

    Mr. Gutierrez' response to the Commissioner's motion for judgment on the pleadings is due on February 7, 2022. I would like to request the following revised briefing schedule:

    Plaintiff would file his cross-motion for judgment on the pleadings by April 8, 2022.

    The Commissioner would file her reply by April 29, 2022.

    Plaintiff would file his reply by May 20, 2022.

    The Commissioner is not opposed to this request.

    Thank you for considering it.

                          Very truly yours,

                          James M. Baker

JMB/jb

cc: Amanda Parsels, AUSA

Tel: 212-979-0505
Fax: 212-979-8778
jbaker623@aol.com

---

**SO ORDERED**

*/s/ Debra Freeman*

DEBRA FREEMAN
United States Magistrate Judge

Dated: 2/4/2022