**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICARDO GUTIERREZ,

                Plaintiff,              21 **CIVIL** 3211 (JPO)

      -v-                          **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 9, 2022, Judge Figueredo's Report and Recommendation is ADOPTED in full. The Commissioner's motion for judgment on the pleadings is DENIED; Plaintiff's cross-motion for judgment on the pleadings is GRANTED; and the case is hereby REMANDED to the Commissioner for further administrative proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
            November 29, 2022

                                                      **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                           **BY:**   *K. Mango*

                                                           **Deputy Clerk**